## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| United States of America, | Criminal No. 07-385 (1) (RHK) |
| Plaintiff, | **ORDER FOR EXTENSION OF TIME TO FILE POSITION PLEADINGS** |
| v. | |
| Rameshbhai Nanalal Thanki, | |
| Defendant. | |

_____

Pursuant to Plaintiff's request for a one week extension of the position pleading deadline, **IT IS ORDERED** that Plaintiff's Motion to Continue Deadline for Filing Position Pleading (Doc. No. 12) is **GRANTED** and the position pleading shall be filed by March 4, 2008.

Dated: February 27, 2008          s/Richard H. Kyle
                                  RICHARD H. KYLE
                                  United States District Judge